USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
FELIX CASTRO, *on behalf of himself and all others similarly situated*, :
:
Plaintiffs, :
:
-against- :
:
THE FITNESS OUTLET, INC., :
:
Defendant. :
------------------------------------------------------------------ X

1:23-cv-7866-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

    On November 20, 2023 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than December 4, 2023. Dkt. No. 8. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's November 20, 2023 order forthwith, and in no event later than December 11, 2023.

    SO ORDERED.

Dated: December 5, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge