```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FELIX CASTRO, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

THE FITNESS OUTLET, INC.,

                Defendant.
-----------------------------------------------------------------X

Case No.: 1:23-cv-07866-GHW

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**MEMORANDUM ENDORSED**

**IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiff FELIX CASTRO ("Plaintiff") and defendant THE FITNESS OUTLET, INC. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: March 13, 2024

THE LAW OFFICE OF NOOR A. SAAB

By: _____
Noor A. Saab Esq.
*Attorney for Plaintiff*
380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060
Email: noorasaablaw@gmail.com

DENTONS US LLP

By: _____
Rebecca A. Stark, Esq.
*Attorney for the Defendant*
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 398-7614
Email: rebecca.stark@dentons.com

The parties have stipulated to the dismissal of this action with prejudice under F.R.C.P. 41(a)(1)(A)(ii).

SO ORDERED:

Dated: March 13, 2024, 2024

_____
United States District Judge
Gregory H. Woods